**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Junior Edward WILSON, Defendant–**
**Appellant.**

**No. 01–10376.**

**D.C. No. CR–98–00677–WFN.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 16, 2003.

Before BEEZER, KLEINFELD and PAEZ, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Junior Edward Wilson appeals his conviction and 78–month sentence imposed after his jury trial for conspiracy to possess with intent to distribute marijuana, possession with intent to distribute marijuana, conspiracy to import marijuana, and importation of marijuana, in violation of 21 U.S.C. §§ 846, 841(a)(1), 952(a), 960(b)(2)(G), 963.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Wilson has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Wilson has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the judgment of the district court is **AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.